UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:00-MJ-00111-MA

FILED
MAR 1 2011
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | ORDER FOR DISMISSAL |
| | ) | |
| CARL LEE HADDEN | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Criminal Information currently pending in the above matter is dismissed.

SO ORDERED. This the 1st day of March 2011.

_____
U.S. Magistrate Judge