FILED

MAR 1 2011

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:00-MJ-00111-MA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | ORDER TO RECALL WARRANT |
| ) | |
| CARL LEE HADDEN ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Arrest Warrant currently pending in the above matter is dismissed.

SO ORDERED. This the 1st day of March 2011.

_____
U.S. Magistrate Judge